THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOSEPH HANEL, Appellant.

(Argued June 15, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Supreme Court, rendered March 13, 1916, at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of murder in the first degree.

*Edmund F. Driggs* and *James M. Fawcett* for appellant.

*Harry E. Lewis,* District Attorney (*Ralph E. Hemstreet* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.